**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION**

| | |
|---|---|
| **JOAN C. DAUGHETY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Case No. CBD 04-2114** |
| ) | |
| **UNITED STATES** ) | |
| **DEPARTMENT OF THE ARMY,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER OF JUDGMENT

The jury having returned a verdict in favor of Defendant, it is, this **15th** day of **November**, **2006**, ORDERED:

1. Judgment is entered in favor of Defendant.

2. Any and all prior rulings made by this court disposing of any claims against any parties are incorporated by reference herein and this order shall be deemed to be a final judgment within the meaning of Fed. R. Civ. P. 58; and

4. The Clerk is directed to close this case.

 

        /s/
Charles B. Day
United States Magistrate Judge